AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| S.R., et al<br>*Plaintiff*<br>v.<br>Tawas Area Schools<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-13098-DPH-PTM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs S.R. and T.R., as Parents and legal Guardians of Jane Doe, a Minor .

Date: 09/15/2026

s/ Ashley Dylenski
*Attorney's signature*

Ashley Dylenski (P88208)
*Printed name and bar number*

Abdnour Weiker, LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
*Address*

ashley@education-rights.com
*E-mail address*

(517) 994-1776
*Telephone number*

*FAX number*