UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

S.R. and T.R., as Parents and Legal Guardians of JANE DOE, a minor,

Plaintiffs,

-v-

TAWAS AREA SCHOOLS, TAWAS AREA SCHOOLS BOARD OF EDUCATION, and individuals JOHN KLINGER, AMANDA LIZOTTE, SARAH DANEK, and JANICE TIFFANY, in their official and individual capacities,

Defendants.

Case No. 1:26-cv-13098-DPH-PTM

Hon. Denise Page Hood

Jacquelyn Kmetz (P83575)
Elizabeth Abdnour (P78203)
Ashley Dylenski (P88208)
Abdnour Weiker, LLP
Attorneys for Plaintiffs
325 E. Grand River Ave., Suite 250
East Lansing, Michigan 48823
(517) 994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

Erin H. Walz (P55484)
Cathleen M. Dooley (P86148)
Thrun Law Firm, P.C.
Attorneys for Defendants
2900 West Road, P.O. Box 2575
East Lansing, Michigan 48826
(517) 484-8000
ewalz@thrunlaw.com
cdooley@thrunlaw.com

***APPEARANCE AND NOTICE OF APPEARANCE***

*APPEARANCE*

**TO: UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

PLEASE ENTER our Appearance as counsel on behalf of Defendants Tawas Area Schools, Tawas Area Schools Board of Education and individuals John Klinger, Amanda Lizotte, Sarah Danek and Janice Tiffany in the above-entitled cause.

Respectfully submitted,

THRUN LAW FIRM, P.C.

Attorneys for Defendants Tawas Area Schools, Tawas Area Schools Board of Education and individuals John Klinger, Amanda Lizotte, Sarah Danek and Janice Tiffany

Dated: September 17, 2026

By: s/ Cathleen M. Dooley
Erin H. Walz (P55484)
Cathleen M. Dooley (P86148)

*NOTICE OF APPEARANCE*

**TO:** Jacquelyn Kmetz (P83575)
Elizabeth Abdnour (P78203)
Ashley Dylenski (P88208)
Abdnour Weiker, LLP
325 E. Grand River Ave., Suite 250
East Lansing, Michigan 48823
(517) 994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

THRUN LAW FIRM, P.C.

PLEASE TAKE NOTICE that we have this day entered our Appearance as counsel on behalf of Defendants Tawas Area Schools, Tawas Area Schools Board of Education and individuals John Klinger, Amanda Lizotte, Sarah Danek and Janice Tiffany in the above-entitled cause.

Respectfully submitted,

THRUN LAW FIRM, P.C.

Attorneys for Defendants Tawas Area Schools, Tawas Area Schools Board of Education and individuals John Klinger, Amanda Lizotte, Sarah Danek and Janice Tiffany

Dated: September 17, 2026

By: s/ Cathleen M. Dooley

Erin H. Walz (P55484)
Cathleen M. Dooley (P86148)
2900 West Road
P.O. Box 2575
East Lansing, Michigan 48826
Telephone: (517) 484-8000

THRUN LAW FIRM, P.C.

THRUN LAW FIRM, P.C.

## *CERTIFICATE OF SERVICE*

STATE OF MICHIGAN )
)
COUNTY OF INGHAM )

I hereby certify that on September 17, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

| | |
|---|---|
| Jacquelyn N. Kmetz | jacquelyn@education-rights.com |
| Elizabeth K. Abdnour | liz@education-rights.com |
| Ashley Dylenski | ashley@education-rights.com |

Respectfully submitted,

THRUN LAW FIRM, P.C.
Attorneys for Defendants Tawas Area Schools, Tawas Area Schools Board of Education and individuals John Klinger, Amanda Lizotte, Sarah Danek and Janice Tiffany

Dated: September 17, 2026

s/ Cathleen M. Dooley
Erin H. Walz (P55484)
Cathleen M. Dooley (P86148)
2900 West Road
P.O. Box 2575
East Lansing, Michigan 48826-2575