**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

S.R. and T.R.,

Plaintiff,

V.

Case No. 1:26-CV-13098
Honorable Michael C. Martin

TAWAS AREA SCHOOLS, TAWAS AREA SCHOOL BOARD OF EDUCATION, JOHN KLINGER, AMANDA LIZOTTE, SARAH DANEK, and JANICE TIFFANY,

Defendants.

_______________________________________/

**ORDER TO SUBMIT JOINT DISCOVERY PLAN FOR CASE MANAGEMENT ORDER**

YOU ARE DIRECTED TO FILE A Joint Discovery Plan on or before **November 24, 2026**.

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and file with the Court a joint discovery plan on or before **November 24, 2026**. In addition to the contents required under Rule 26(f), the joint discovery plan shall contain:

- A summary of the background of the action and the principal factual and legal issues;
- An outline of the proposed discovery;
- A description of any outstanding or anticipated discovery disputes, and the basis you have for any objection;

- Disclosures of insurance available to satisfy part or all of a judgment, including indemnification agreements; and
- A proposal of an appropriate management plan, including a schedule of setting discovery cut-off and trial dates.
- The issues and narrowing the issues;
- Subject matter jurisdiction;
- Relationship to other cases;
- Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
- Settlement, including alternative dispute resolution;
- Progress of discovery;
- Issues which may appropriately be resolved by motion; and
- Estimated trial length.

A Case Management and Scheduling Order will be issued in response to the joint discovery plan by the Court without an initial scheduling conference unless counsel requests same by motion because of unique circumstances of their case.

s/Michael C. Martin
MICHAEL C. MARTIN
United States District Judge

Dated: November 4, 2026